

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Eagle Supply & Manufacturing L.P.
f/k/a Eagle Construction & Environ-
mental Services, L.P. and Metex
Demolition, LLC,

\* From the 91st District Court
of Eastland County,
Trial Court No. CV-1242617A.

Vs. No. 11-19-00016-CV

\* January 29, 2021

Landmark American Insurance
Co. and Seneca Specialty
Insurance Co.,

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court granting Landmark American Insurance Co.'s and Seneca Specialty Insurance Co.'s motions to dismiss with prejudice are reversed, and the cause is remanded. The costs incurred by reason of this appeal are taxed against Landmark American Insurance Co. and Seneca Specialty Insurance Co.